# ELECTRONIC RECORD

*1525-14*
*1526-14*

COA #   02-14-00401-CR          OFFENSE:   30.02F

STYLE:   Robert Wayne Westbrook v. The State of Texas          COUNTY:   Tarrant

COA DISPOSITION:   DISMISSED          TRIAL COURT:   297th District Court

DATE: 10/30/14          Publish: NO   TC CASE #:   1375130D

## IN THE COURT OF CRIMINAL APPEALS

*1525-14*
*1526-14*

STYLE:   Robert Wayne Westbrook v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: __04/01/2015__          SIGNED: _____          PC: _____

JUDGE: __Lee Cimron__          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**